UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED JAFARZADEH, *et al.*<br><br>Petitioners,<br><br>v.<br><br>ANTONY J. BLINKEN, *et al.*<br><br>Respondents. | Case No. 1:23-cv-00770-ADA-CDB<br><br>ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS<br><br>(Doc. 10) |

On May 18, 2023, Petitioners Saeed Jafarzadeh and Abbas Jafarzadeh ("Petitioners") filed a complaint for declaratory and injunctive relief and a petition for writ of mandamus against Respondents Antony J. Blinken, Julie M. Stufft, and Stephanie Zakhem ("Respondents"). (Doc. 1). On July 31, 2023, Respondents filed a motion to dismiss. (Doc. 6).

Pending before the Court is parties' stipulation to extend time for Plaintiffs to respond to the motion to dismiss filed on August 7, 2023. (Doc. 10). Accordingly, in light of the parties representations and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' deadline to file a response to the motion to dismiss is extended to on or before October 13, 2023.

IT IS SO ORDERED.

Dated:  **August 11, 2023**                      _____
                                                                    UNITED STATES MAGISTRATE JUDGE