1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED JAFARZADEH, ET AL., | CASE NO. 1:23-CV-00770-KJM-CDB |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| ANTONY J. BLINKEN, | |
| Defendant. | |

The Defendant respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns the visa application of Plaintiff Abbas Jafarzadeh. The visa application was refused for administrative processing, following a March 2023 consular interview. The State Department has recently completed administrative processing for Plaintiff Abbas Jafarzadeh and has requested updated documents from him, which Plaintiffs have submitted but Defendants may not yet have received. The parties anticipate that this lawsuit will soon be rendered moot once the embassy receives the requested documents, and the State Department is then able to complete the adjudications.

///

///

///

1

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is October 9, 2024.  The parties further request that all other filing deadlines be similarly extended and that the scheduling conference, currently set for September 26, 2024, be vacated and reset.

Respectfully submitted,

Dated:  September 9, 2024                                    PHILLIP A. TALBERT
                                                                                       United States Attorney

                                                                          By:   /s/ ELLIOT C. WONG
                                                                                       ELLIOT C. WONG
                                                                                       Assistant United States Attorney


                                                                                       /s/ CURTIS LEE MORRISON
                                                                                       CURTIS LEE MORRISON
                                                                                       Counsel for Plaintiff

ORDER

Finding good cause and pursuant to the parties' stipulation, the court hereby extends the deadline *pro tunc nunc* for defendant to file an answer or other dispositive pleading to October 9, 2024. The status conference previously set for September 26, 2024, is **vacated and continued to October 24, 2024 at 2:30 pm**.  It is so ordered.

DATED:  September 11, 2024.

                                                                                       CHIEF UNITED STATES DISTRICT JUDGE

2